LILLA, The (UNITED STATES v.). See Case No. 15,600.

## Case No. 8,349.

### LILLEY v. KELSEA.

[1 MacA. Pat. Cas. 568.]

Circuit Court, District of Columbia. Jan., 1858.

[This was an interference proceeding between Alfred T. Lilley, assignee of Samuel Porter, and H. Kelsea, assignor to himself and Henry Dunklee.]

The invention in controversy in this case is the same as that involved in the case of Hill v. Dunklee [Case No. 6,489].

[The case is not reported.]